| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **Florida Glass of Tampa Bay, Inc.**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   **59-3191976**

4. **Debtor's address**

   **Principal place of business**  
   **13909 Lynmar Blvd**  
   **Tampa, FL 33626-3124**  
   Number, Street, City, State & ZIP Code

   **Hillsborough**  
   County

   **Mailing address, if different from principal place of business**  
   **13909 Lynmar Blvd**  
   **Tampa, FL 33626-3124**  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   **13909 Lynmar Blvd Tampa, FL 33626-3124**  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  **Florida Glass of Tampa Bay, Inc.**　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__238150__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor    **Florida Glass of Tampa Bay, Inc.**    Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Florida Glass of Tampa Bay, Inc.**                                              Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  9, 2016**
              MM / DD / YYYY

X **/s/ Joseph Muraco**                                       **Joseph Muraco**
  Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Leon Williamson**                                     Date **August  9, 2016**
  Signature of attorney for debtor                                  MM / DD / YYYY

**Leon Williamson**
Printed name

**Law Office of Leon A. Williamson, Jr., P.A.**
Firm name

**306 S Plant Ave Ste B**
**Tampa, FL 33606-2323**
Number, Street, City, State & ZIP Code

Contact phone  **(813) 253-3109**      Email address  **leon@lwilliamsonlaw.com**

**363537**
Bar number and State

**United States Bankruptcy Court**
**Middle District of Florida, Tampa Division**

**IN RE:**  Case No. _____

**Florida Glass of Tampa Bay, Inc.** _____  Chapter **11** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 9, 2016** _____  Signature: */s/ Joseph Muraco* _____
                                                 **Joseph Muraco, President**  Debtor

Date: _____  Signature: _____
Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
A-PluS Sealants, Inc.
1507 Larkwood Dr
Austin, TX   78723-2540


ABF Freight System, Inc.
3707 E Lake Ave
Tampa, FL   33610-8026


ABF Multimodel
PO Box 10048
Fort Smith, AR   72917-0048


ABG Caulking Contractors, Inc.
1961 Dallas Dr
Baton Rouge, LA   70806-1430


Action Bolt & Tool Company
PO Box 10864
Riviera Beach, FL   33419-0864


Advantage Tire - Oldsmar
1798 N Hercules Ave
Clearwater, FL   33765-1116


Airgas South
PO Box 532609
Atlanta, GA   30353-2609
```

```
Ally Financial
Payment Processing Center,
PO Box 9001948
Louisville, KY   40290-1948


American Products Production Company
12157 W Linebaugh Ave Ste 335
Tampa, FL   33626-1732


ARC Document Solutions
PO Box 33166
Philadelphia, PA   19142-0166


Arrow Glass & Mirror, Inc.
9201 Brown Ln Ste 280
Austin, TX   78754-4037


AWL Construction, LLC
280 Emerald Ln
Morris Chapel, TN   38361-4612


Baker, Donaldson, Shearman, Caldwell & B
PO Box 190613
Nashville, TN   37219-0613


Bank of America Leasing
100 N Tryon St
Charlotte, NC   28202-4000
```

```
Bank Of America, N.A.
100 N Tryon St
Charlotte, NC  28202-4000


Bison River, LLC
3136 Timberview Dr
Dunedin, FL  34698-2927


Bouchard - Clearwater
PO Box 6090
Clearwater, FL  33758-6090


Buchanan Ingersoll & Rooney PC
SunTrust Financial Centre
401 E Jackson St # 2400
Tampa, FL  33602-5236


Bush Ross, P.A.
1801 N Highland Ave
Tampa, FL  33602-2656


C. H. Robinson Company
PO Box 9121
Minneapolis, MN  55480-9121


Century Systems, Inc.
5810 N Houston Rosslyn Rd
Houston, TX  77091-3402
```

Charles & Thomas Properites
13909 Lynmar Blvd
Tampa, FL  33626-3124


Childress Engineering Services
1701 N Collins Blvd Ste 3000
Richardson, TX  75080-3587


Clear Glass Mobile Service, Inc.
6300 Fairway Dr
Houston, TX  77087-2138


Coastal Construction Products
3401 Phillips Hwy
Jacksonville, FL  32207-5609


Complete Waterproof Solutions
1643 Summersweet Ln
Dacula, GA  30019-7224


Custom Aerosol Products
543 Staunton St
Piqua, OH  45356-3947


District Counsil No. 80
837 N Carrollton Ave
New Orleans, LA  70119-3703

```
District Counsil No. 80 - Go Fund
837 N Carrollton Ave
New Orleans, LA   70119-3703


Falmouth Plastics & Rubber Co.
PO Box 159
Jefferson, MA   01522-0159


Fastenal Company
PO Box 1286
Winona, MN   55987-7286


Finishing Trades Institiute of S New Eng
10 Technology Dr
Wallingford, CT   06492-1955


Finishing Trades Institute DC80
2400 Crestview St
Kenner, LA   70062-4826


Frank L. Bennardo, P.E., Inc.
160 SW 12th Ave # 106
Deerfield Beach, FL   33442-3114


Gardner Glass Products
PO Box 1570
North Wilkesboro, NC   28659-1570
```

```
Global Insulation & Fireproof
2070 Attic Pkwy NW Ste 509
Kennesaw, GA   30152-7625


Globaltranz Enterprises, Inc.
PO Box 71730
Phoenix, AZ   85050-1013


Hafele America Co.
PO Box 890779
Charlotte, NC   28289-0779


Halfen USA Inc
PO Box 741843
Atlanta, GA   30374-1843


HDS WHITE CAP CONST SUPPLY
PO Box 4852
Orlando, FL   32802-4852


Hillsborough County Tax Collector
2506 N. Falkenburg Road
Tampa, FL   33619-0000


Home Depot
PO Box 9055
Des Moines, IA   50368-9055
```

```
IUOE-Local 57 FUnds
857 Central Ave
Johnston, RI   02919-3005


IUPAT Combined Funds
248 Main St
Forest Park, GA   30297-1760


IUPAT DC 78 Escrow Account
2153 W Oak Ridge Rd
Orlando, FL   32809-3881


J & W Caulking Applicators, Inc.
154 Enterprise Dr
New Oxford, PA   17350-9252


John McDougall, Inc.
PO Box 306018
Nashville, TN   37230-6018


JPJL, Inc., DBA Hercules Storage Trailer
3128 Hillside Ln
Safety Harbor, FL   34695-5335


Kawneer Company, Inc
PO Box 538367
Atlanta, GA   30353-8367
```

Lofton Cain & LeBlanc LLC
113 Doctor Michael Debakey Dr
Lake Charles, LA   70601-5950


McGrory Glass, Inc.
1400 Grandview Ave
Paulsboro, NJ   08066-1801


McMaster-Carr
PO Box 7690
Chicago, IL   60680-7690


Mesquite Valley Woodcrafts, LLC
500 Taylor Oaks Dr
Waco, TX   76705-5456


Metal Building Components
PO Box 1107
Adel, GA   31620-1067


Metal Specialists of Augusta
510 Skyview Dr
Augusta, GA   30901-3848


Mobile Mini, Inc.
PO Box 7144
Pasadena, CA   91109-7144

```
MSC Industrial Supply Co., Inc.
75 Maxess Rd
Melville, NY   11747-3151


OLD CASTLE BUILDING ENVELOPE
14117 Industrial Park Blvd NE
Covington, GA   30014-6436


OLD REPUBLIC SURETY COMPANY
PO Box 1635
Milwaukee, WI   53201-1635


Oldcastle Glass
5115 Hartford St
Tampa, FL   33619-6815


Oldcastle Glass Atlanta
14117 Industrial Park Blvd NE
Covington, GA   30014-6436


Overly Door Company
PO Box 70
Greensburg, PA   15601-0070


Painter Fringe Benefit Program
3100 Broadway Blvd Ste 805
Kansas City, MO   64111-2413
```

```
Paul Rabinowitz Glass Co
1401 N American St
Philadelphia, PA   19122-3820


Porter Hedges LLP
PO Box 4346
Houston, TX   77210-4346


Puryear Law Group
102 Woodmont Blvd Ste 520
Nashville, TN   37205-2287


R & D Caulking, Inc.
78 Dawson Village Way N Ste 140-198
Dawsonville, GA   30534-7168


RACO Interior Products
7354 Denny St Ste 100
Houston, TX   77040-4855


S&D Glassworks, LLC
3924 Woodbury Dr Ste C
Austin, TX   78704-7443


Sealant Technology Services, Inc.
789 Chatsworth Rd
Vincentown, NJ   08088-9341
```

```
Security Lock Distributors
6555 Garden Rd # 1
Riviera Beach, FL   33404-6318


SOUTHERN ALUMINUM
PO Box 535247
Atlanta, GA   30353-5247


Southern Painters H & W Plan
100 Crescent Center Pkwy Ste 400
Tucker, GA   30084-7042


Spider, A Division of SafeWork
PO Box 1450
Minneapolis, MN   55485-1450


Stanley Access Tech LLC
PO Box 371595
Pittsburgh, PA   15250-7595


Stuart Dean Co. Inc.
PO Box 10369
Newark, NJ   07193-0369


Sunbelt Rentals, Inc
PO Box 409211
Atlanta, GA   30384-9211
```

Sunrise Erectors, Inc.
290 Pine St
Canton, MA   02021-3353


SWANSON GENTLEMAN HART, INC.
742 N 109th Ct
Omaha, NE   68154-1718


TB Philly Inc.
400 Thoms Dr Ste 411
Phoenixville, PA   19460-1199


TND Elite Consulting
2290 King Albert Ave
Coquitlam, BC   V3J-1Z5


TORMAX USA, INC.
12859 Wetmore Rd
San Antonio, TX   78247-3628


Trulite Glass & Aluminum
PO Box 935480
Atlanta, GA   31193-5480


United Engineering Consultants
405 Douglas Ave Ste 1305
Altamonte Springs, FL   32714-2572

```
United Forms/Tenn Scaffolding
2561 Overton Crossing St
Memphis, TN   38127-8610


United Rentals
PO Box 100711
Atlanta, GA   30384-0711


United Skys, Inc.
702 Magna Dr
Round Lake, IL   60073-2817


Viracon, S.D.S. 12-0570
PO Box 86
Minneapolis, MN   55486-0086


Waterproofing Systems, Inc.
2193 Frisco Ave
Memphis, TN   38114-4725


Wausau Window & Wall System
PO Box 74747
Chicago, IL   60694-4747


Whitney Building Products Inc.
12 Allerton St
Boston, MA   02119-2902
```

```
Williams Scotsman, Inc.
PO Box 91975
Chicago, IL  60693-1975
```