| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Florida Glass of Tampa Bay, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION** |
| Case number (if known): | **8:16-bk-6874** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank Of America, N.A.** 100 N Tryon St Charlotte, NC 28202-4000 | **Peter G. Meek** (980) 683-4390 | **Guaranty** | **Contingent Unliquidated Disputed** | | | $6,218,216.18 |
| **Bank Of America, N.A.** 100 N Tryon St Charlotte, NC 28202-4000 | **Peter G. Meek** (980) 683-4390 | **Secured Loan** | **Unliquidated Disputed** | $5,592,140.23 | $1,942,000.00 | $3,650,140.23 |
| **Kawneer Company, Inc** PO Box 538367 Atlanta, GA 30353-8367 | **Tom Parrish** (813) 991-1675 | **Trade debt** | **Unliquidated Disputed Subject to Setoff** | | | $336,857.23 |
| **IUPAT DC 78 Escrow Account** 2153 W Oak Ridge Rd Orlando, FL 32809-3881 | **TONYA KING** | **Union Dues** | **Unliquidated Disputed** | | | $331,107.00 |
| **Waterproofing Systems, Inc.** 2193 Frisco Ave Memphis, TN 38114-4725 | **Paula Gay** (901) 743-3404 | **Trade debt** | **Unliquidated Disputed** | | | $250,962.20 |
| **OLD REPUBLIC SURETY COMPANY** PO Box 1635 Milwaukee, WI 53201-1635 | **VALERIE MCCORMICK** (810) 277-2663 | **Bond indemnity claim** | **Unliquidated Disputed** | | | $227,339.86 |
| **Finishing Trades Institiute of S New Eng** 10 Technology Dr Wallingford, CT 06492-1955 | | **Union Dues** | **Unliquidated Disputed** | | | $197,333.10 |

Debtor  **Florida Glass of Tampa Bay, Inc.**  
Name

Case number *(if known)*  **8:16-bk-6874**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| United Rentals<br>PO Box 100711<br>Atlanta, GA<br>30384-0711 | (813) 985-9515 | Trade debt | Unliquidated<br>Disputed | | | $167,200.84 |
| Oldcastle Glass Atlanta<br>14117 Industrial Park Blvd NE<br>Covington, GA<br>30014-6436 | Robin - Accounting | Trade debt | Unliquidated<br>Disputed<br>Subject to Setoff | | | $96,735.27 |
| Metal Building Components<br>PO Box 1107<br>Adel, GA<br>31620-1067 | Alesha Finge<br><br>(888) 446-6224 | Trade debt | Unliquidated<br>Disputed | | | $88,794.83 |
| Bank Of America, N.A.<br>100 N Tryon St<br>Charlotte, NC<br>28202-4000 | Peter G. Meek<br><br>(980) 683-4390 | Credit Card | | | | $87,606.78 |
| AWL Construction, LLC<br>280 Emerald Ln<br>Morris Chapel, TN<br>38361-4612 | (615) 281-0081 | Trade debt | Unliquidated<br>Disputed | | | $70,121.00 |
| IUPAT Combined Funds<br>248 Main St<br>Forest Park, GA<br>30297-1760 | | Union Dues | Unliquidated<br>Disputed | | | $69,702.52 |
| S&D Glassworks, LLC<br>3924 Woodbury Dr Ste C<br>Austin, TX<br>78704-7443 | (512) 502-5984 | Trade debt | Unliquidated<br>Disputed<br>Subject to Setoff | | | $64,645.59 |
| Wausau Window & Wall System<br>PO Box 74747<br>Chicago, IL<br>60694-4747 | Joan Stiel<br><br>(715) 846-3287 | Trade debt | | | | $63,990.00 |
| Baker, Donaldson, Shearman, Caldwell & B<br>PO Box 190613<br>Nashville, TN<br>37219-0613 | (615) 726-5600 | Trade debt | Disputed | | | $61,704.54 |

| Debtor | **Florida Glass of Tampa Bay, Inc.** | Case number *(if known)* | **8:16-bk-6874** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Southern Painters H & W Plan**<br>**100 Crescent Center Pkwy Ste 400**<br>**Tucker, GA 30084-7042** | | **Union Dues** | **Unliquidated Disputed** | | | **$57,213.41** |
| **Viracon, S.D.S. 12-0570**<br>**PO Box 86**<br>**Minneapolis, MN 55486-0086** | **Elaine Erickson**<br><br>**(507) 444-3266** | **Trade debt** | | | | **$50,982.43** |
| **TORMAX USA, INC.**<br>**12859 Wetmore Rd**<br>**San Antonio, TX 78247-3628** | **Lee Bates**<br><br>**(210) 494-3551** | **Trade debt** | | | | **$48,750.00** |
| **Stanley Access Tech LLC**<br>**PO Box 371595**<br>**Pittsburgh, PA 15250-7595** | **(800) 432-5697** | **Trade debt** | **Unliquidated Disputed** | | | **$44,194.02** |

**Fill in this information to identify the case:**

Debtor name: **Florida Glass of Tampa Bay, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known): **8:16-bk-6874**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 9, 2016**        X **/s/ Joseph Muraco**
Signature of individual signing on behalf of debtor

**Joseph Muraco**
Printed name

**President**
Position or relationship to debtor