UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

Florida Glass of Tampa Bay, Inc.,          Chapter 11
                                           Case No.: 8:16-bk-06874

    Debtor.
_____/

**CORPORATE OWNERSHIP STATEMENT**
**(RULES 1007(a)(1) AND 7007.1)**

Pursuant to Rules 1007(a)(1) and 7007.1, *Federal Rules of Bankruptcy Procedure* and in order to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Debtor, Florida Glass of Tampa Bay, Inc. hereby certifies that the no corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

Dated: August 9, 2016.

/s/ Leon A. Williamson, Jr.
Leon A. Williamson, Jr.
Florida Bar Number 363537
Williamson Law Firm, P.A.
306 South Plant Avenue, Suite B
Tampa, FL  33606
Telephone (813) 253-3109
Facsimile (813) 253-3215
Leon@LwilliamsonLaw.com
*Attorney for Debtor*