[8new11] [ORDER SCHEDULING STATUS CONFERENCE]

ORDERED.

Dated: August 15, 2016

*Michael G. Williamson*
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No.
                                                                8:16−bk−06874−MGW
                                                                Chapter 11

Florida Glass of Tampa Bay, Inc.

     _____Debtor*_____/

ORDER SCHEDULING STATUS CONFERENCE

   THIS CASE came on for consideration, without a hearing, for the purpose of entry of an Order Scheduling a Status Conference pursuant to Bankruptcy Code Section 105(d).

   The Court considered the record and finds that on August 9, 2016 , the Debtor filed a Petition for Relief under Chapter 11 of the Bankruptcy Code . Therefore it is appropriate to schedule a status conference for the purpose of, (l) fixing a date by which the Debtor−in−Possession (DIP/Trustee) must assume or reject executory contracts or unexpired leases; (2) to set a date by which the DIP or Trustee, if one has been appointed, is to file a disclosure statement and the plan; (3) to set a date to solicit acceptance of the plan; (4) to set a date for which a party of interest, other than the Debtor, may file a plan; (5) to set a date by which a proponent of a plan, other than the Debtor, shall solicit acceptance of the plan; (6) to set the scope and format of the notice concerning a hearing on the approval of the disclosure statement; (7) and to consider whether or not the approval of the disclosure statement should be combined with the hearing on confirmation of the plan.

   To fully effectuate the purpose of Section 105(d) of the Bankruptcy Code, it is essential that counsel of record for the Debtor together with the individual Debtor or representative of the corporate Debtor with authority to comply with the requirements set forth in the order entered at the conclusion of the status conference appear. Accordingly, it is

   **ORDERED**:

   1.   Status Conference. The Status Conference be, and the same hereby is scheduled to be held before the Honorable Michael G. Williamson in Tampa, FL − Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue , on **August 31, 2016** at **10:30 a.m.** .

   2.   Appropriate Courtroom Attire. You are reminded that Local Rule 5072−1 (b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    3.    Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.