UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

Florida Glass of Tampa Bay, Inc.,   Chapter 11
                                    Case No.: 8:16-bk-06874-MGW

    Debtor.
_____/

## DEBTOR'S CHAPTER 11
## CASE MANAGEMENT SUMMARY

The Debtor, Florida Glass of Tampa Bay, Inc., by and through its undersigned attorney, hereby files this Chapter 11 Case Management Summary pursuant to Administrative Order FLMB-2009-1, as follows:

### Introduction

On August 8, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11, Title 11 of the United States Code § 101, et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "Court"). Pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, the Debtor is a Debtor in Possession.

### Case Management Items

    **1.**    **Description of Debtor's Business.** The Debtor is a Florida corporation engaged in the glass and glazing contracting business.

    **2.**    **Location of Debtor's Business Operations and Whether Leased or Owned.** The Debtor operates from administrative offices located at 13929 Lynmar Blvd., Tampa, FL 33626-3124.

    **3.**    **Reasons for Filing Chapter 11.** The Debtor has previously operated profitably since the Debtor's creation in the year 1993 until 2015, when the Debtor experienced a number of projects that were delayed through no fault of the Debtor, and resulted in severe cost overruns. The inability of the Debtor to collect immediately on the substantial claims available to the

Debtor on these projects, coupled with the necessity to immediately fund completion of these projects, caused, at least in part, the Debtor to file this chapter 11 case. Also, as described below, the Debtor is party to a line of credit with B of A. The Debtor, despite the delays and cost overruns described in this paragraph, always remained current on payments under this line of credit. Unfortunately, after years of renewals by B of A, the Debtor was informed in December of 2015 that the line of credit would not be renewed. B of A has instituted an action in Federal District Court against the Debtor and two related entities for alleged breach of this loan.

4. **List of Officers and Directors and their Salaries at the Time of Filing and During the One Year Prior to Filing.**

The officers and Directors of the Debtor are:

Joseph Muraco – President and Treasurer – Gross salary paid from the Debtor during the 12 months prior to the Petition date equals $13,500.00. No salary currently being paid by the Debtor.

Kevin Mullen – Vice President and Secretary - Gross salary paid from the Debtor during the 12 months prior to the Petition date equals $22,500.00. No salary currently being paid by the Debtor.

4. **Debtor's Gross Annual Revenues.** The Debtor uses a calendar year as its fiscal year. The Debtor's gross annual revenues for the current year through the date of filing and the last 2 fiscal years are as follows:

**2014:** $25,985,048.66

**2015:** $2,984,575.98

**Year to Petition Date:** $717.988.01 through August 9, 2016.

5. **Amounts Owed to various Classes of Creditors.** Subject to revision, the Debtor estimates that it has approximately $5,592,140.23 in secured debt to a single secured creditor, who will be substantially under secured. The Debtor has approximately $9,073,484.38 in non-priority unsecured debt. Of this unsecured debt, approximately $4,150,000.00 consists of contingent alleged debt based on guarantees of loans that are fully secured. The balance consists of trade debt.

6. **General Description of the Debtor's Current and Fixed Assets.** The Debtor's fixed assets consist of office furniture, computers and equipment with an estimated liquidation value (subject to revision) of approximately $468,074.80, including $212,661.00 in inventory. The Debtor's only current assets consist of cash on hand on the Petition Date in the approximate $3,077.11 and receivables in the approximate amount of $1,327,498.31 plus 745,760.73 in retention due to the Debtor.

7. **Number of Employees and Amount of Wages Owed as of the Petition Date.**

There are 4 direct employees of the Debtor. On the Petition date there were no wages owed by the Debtor.

8. **Status of the Debtor's Payroll and Sales Tax Obligations.**

Current.

9. **Anticipated Emergency Relief Within 14 Days of Petition Date.**

A Motion For Use of Cash Collateral and Motion to Approve Post-Petition Financing, and Motion for Injunction Against Collection From Co-Debtors.

DATED this 17th day of August, 2016.

/s/Leon A. Williamson, Jr.
Leon A. Williamson, Jr.
Williamson Law Firm, P.A.
306 South Plant Avenue, Suite B
Tampa, FL   33606
Florida Bar Number:   363537
Telephone:   (813) 253-3109
Facsimile:   (813) 253-3215
e-mail: Leon@LwilliamsonLaw.com
*Attorney for Debtor*

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing *Debtors' Case Management Summary* has been served by filing with CM/ECF to the Office of the US Trustee, 501 E. Polk Street, Tampa, Florida, and any other party linked to this case by CM/ECF and to those parties on the mailing matrix attached hereto this 17th day of August, 2016.

/s/ Leon A. Williamson, Jr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:16-bk-06874-MGW<br>Middle District of Florida<br>Tampa<br>Wed Aug 17 16:27:30 EDT 2016 | Bank of America, N.A.<br>c/o Bush Ross, P.A.<br>Attn: Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | Florida Glass of Tampa Bay, Inc.<br>13909 Lynmar Blvd<br>Tampa, FL 33626-3124 |
| Old Republic Surety Company<br>c/o Alberta L. Adams<br>Mills Paskert Divers<br>100 N Tampa St, Ste 3700<br>Tampa, FL 33602-5835 | A-PluS Sealants, Inc.<br>1507 Larkwood Dr<br>Austin, TX 78723-2540 | ABF Freight System, Inc.<br>3707 E Lake Ave<br>Tampa, FL 33610-8026 |
| ABF Multimodel<br>PO Box 10048<br>Fort Smith, AR 72917-0048 | ABG Caulking Contractors, Inc.<br>1961 Dallas Dr<br>Baton Rouge, LA 70806-1430 | ARC Document Solutions<br>PO Box 33166<br>Philadelphia, PA 19142-0166 |
| AWL Construction, LLC<br>280 Emerald Ln<br>Morris Chapel, TN 38361-4612 | Action Bolt & Tool Company<br>PO Box 10864<br>Riviera Beach, FL 33419-0864 | Advantage Tire - Oldsmar<br>1798 N Hercules Ave<br>Clearwater, FL 33765-1195 |
| Airgas South<br>PO Box 532609<br>Atlanta, GA 30353-2609 | Ally Financial<br>Payment Processing Center,<br>PO Box 9001948<br>Louisville, KY 40290-1948 | American Products Production Company<br>12157 W Linebaugh Ave Ste 335<br>Tampa, FL 33626-1732 |
| Arrow Glass & Mirror, Inc.<br>9201 Brown Ln Ste 280<br>Austin, TX 78754-4037 | Baker, Donaldson, Shearman, Caldwell & B<br>PO Box 190613<br>Nashville, TN 37219-0613 | Bank Of America, N.A.<br>100 N Tryon St<br>Charlotte, NC 28202-4031 |
| Bank of America Leasing<br>100 N Tryon St<br>Charlotte, NC 28202-4031 | Bison River, LLC<br>3136 Timberview Dr<br>Dunedin, FL 34698-2927 | Bouchard - Clearwater<br>PO Box 6090<br>Clearwater, FL 33758-6090 |
| Buchanan Ingersoll & Rooney PC<br>SunTrust Financial Centre<br>401 E Jackson St # 2400<br>Tampa, FL 33602-5236 | Bush Ross, P.A.<br>1801 N Highland Ave<br>Tampa, FL 33602-2656 | C. H. Robinson Company<br>PO Box 9121<br>Minneapolis, MN 55480-9121 |
| Century Systems, Inc.<br>5810 N Houston Rosslyn Rd<br>Houston, TX 77091-3496 | Charles & Thomas Properites<br>13909 Lynmar Blvd<br>Tampa, FL 33626-3124 | Childress Engineering Services<br>1701 N Collins Blvd Ste 3000<br>Richardson, TX 75080-3587 |
| Clear Glass Mobile Service, Inc.<br>6300 Fairway Dr<br>Houston, TX 77087-2138 | Coastal Construction Products<br>3401 Phillips Hwy<br>Jacksonville, FL 32207-3400 | Complete Waterproof Solutions<br>1643 Summersweet Ln<br>Dacula, GA 30019-7224 |

| | | |
|---|---|---|
| Custom Aerosol Products<br>543 Staunton St<br>Piqua, OH  45356-3947 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | District Counsil No. 80<br>837 N Carrollton Ave<br>New Orleans, LA  70119-3703 |
| District Counsil No. 80 - Go Fund<br>837 N Carrollton Ave<br>New Orleans, LA  70119-3703 | Falmouth Plastics & Rubber Co.<br>PO Box 159<br>Jefferson, MA  01522-0159 | Fastenal Company<br>PO Box 1286<br>Winona, MN  55987-7286 |
| Finishing Trades Institiute of S New Eng<br>10 Technology Dr<br>Wallingford, CT  06492-1955 | Finishing Trades Institute DC80<br>2400 Crestview St<br>Kenner, LA  70062-4826 | Frank L. Bennardo, P.E., Inc.<br>160 SW 12th Ave # 106<br>Deerfield Beach, FL  33442-3114 |
| Gardner Glass Products<br>PO Box 1570<br>North Wilkesboro, NC  28659-1570 | Global Insulation & Fireproof<br>2070 Attic Pkwy NW Ste 509<br>Kennesaw, GA  30152-7625 | Globaltranz Enterprises, Inc.<br>PO Box 71730<br>Phoenix, AZ  85050-1013 |
| HDS WHITE CAP CONST SUPPLY<br>PO Box 4852<br>Orlando, FL  32802-4852 | Hafele America Co.<br>PO Box 890779<br>Charlotte, NC  28289-0779 | Halfen USA Inc<br>PO Box 741843<br>Atlanta, GA  30374-1843 |
| Hillsborough County Tax Collector<br>2506 N. Falkenburg Road<br>Tampa, FL 33619-0917 | Home Depot<br>PO Box 9055<br>Des Moines, IA  50368-9055 | IUOE-Local 57 FUnds<br>857 Central Ave<br>Johnston, RI  02919-3005 |
| IUPAT Combined Funds<br>248 Main St<br>Forest Park, GA  30297-1760 | IUPAT DC 78 Escrow Account<br>2153 W Oak Ridge Rd<br>Orlando, FL  32809-3881 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| J & W Caulking Applicators, Inc.<br>154 Enterprise Dr<br>New Oxford, PA  17350-9252 | JPJL, Inc., DBA Hercules Storage Trailer<br>3128 Hillside Ln<br>Safety Harbor, FL  34695-5335 | John McDougall, Inc.<br>PO Box 306018<br>Nashville, TN  37230-6018 |
| Kawneer Company, Inc<br>PO Box 538367<br>Atlanta, GA  30353-8367 | Lofton Cain & LeBlanc LLC<br>113 Doctor Michael Debakey Dr<br>Lake Charles, LA  70601-5950 | MSC Industrial Supply Co., Inc.<br>75 Maxess Rd<br>Melville, NY  11747-3151 |
| McGrory Glass, Inc.<br>1400 Grandview Ave<br>Paulsboro, NJ  08066-1801 | McMaster-Carr<br>PO Box 7690<br>Chicago, IL  60680-7690 | Mesquite Valley Woodcrafts, LLC<br>500 Taylor Oaks Dr<br>Waco, TX  76705-5456 |

| | | |
|---|---|---|
| Metal Building Components<br>PO Box 1107<br>Adel, GA  31620-1067 | Metal Specialists of Augusta<br>510 Skyview Dr<br>Augusta, GA  30901-3848 | Mobile Mini, Inc.<br>PO Box 7144<br>Pasadena, CA  91109-7144 |
| OLD CASTLE BUILDING ENVELOPE<br>14117 Industrial Park Blvd NE<br>Covington, GA  30014-6436 | OLD REPUBLIC SURETY COMPANY<br>PO Box 1635<br>Milwaukee, WI  53201-1635 | Oldcastle Glass<br>5115 Hartford St<br>Tampa, FL  33619-6815 |
| Oldcastle Glass Atlanta<br>14117 Industrial Park Blvd NE<br>Covington, GA  30014-6436 | Overly Door Company<br>PO Box 70<br>Greensburg, PA  15601-0070 | Painter Fringe Benefit Program<br>3100 Broadway Blvd Ste 805<br>Kansas City, MO  64111-2413 |
| Paul Rabinowitz Glass Co<br>1401 N American St<br>Philadelphia, PA  19122-3820 | Porter Hedges LLP<br>PO Box 4346<br>Houston, TX  77210-4346 | Puryear Law Group<br>102 Woodmont Blvd Ste 520<br>Nashville, TN  37205-2287 |
| R & D Caulking, Inc.<br>78 Dawson Village Way N Ste 140-198<br>Dawsonville, GA  30534-7168 | RACO Interior Products<br>7354 Denny St Ste 100<br>Houston, TX  77040-4855 | S&D Glassworks, LLC<br>3924 Woodbury Dr Ste C<br>Austin, TX  78704-7443 |
| SOUTHERN ALUMINUM<br>PO Box 535247<br>Atlanta, GA  30353-5247 | SWANSON GENTLEMAN HART, INC.<br>742 N 109th Ct<br>Omaha, NE 68154-1799 | Sealant Technology Services, Inc.<br>789 Chatsworth Rd<br>Vincentown, NJ  08088-9341 |
| Security Lock Distributors<br>6555 Garden Rd # 1<br>Riviera Beach, FL  33404-6318 | Southern Painters H & W Plan<br>100 Crescent Center Pkwy Ste 400<br>Tucker, GA  30084-7042 | Spider, A Division of SafeWork<br>PO Box 1450<br>Minneapolis, MN  55485-1450 |
| Stanley Access Tech LLC<br>PO Box 371595<br>Pittsburgh, PA  15250-7595 | Stuart Dean Co. Inc.<br>PO Box 10369<br>Newark, NJ  07193-0369 | Sunbelt Rentals, Inc<br>PO Box 409211<br>Atlanta, GA  30384-9211 |
| Sunrise Erectors, Inc.<br>290 Pine St<br>Canton, MA  02021-3353 | TB Philly Inc.<br>400 Thoms Dr Ste 411<br>Phoenixville, PA  19460-1199 | TND Elite Consulting<br>2290 King Albert Ave<br>Coquitlam, BC  V3J-1Z5 |
| TORMAX USA, INC.<br>12859 Wetmore Rd<br>San Antonio, TX  78247-3628 | Trulite Glass & Aluminum<br>PO Box 935480<br>Atlanta, GA  31193-5480 | United Engineering Consultants<br>405 Douglas Ave Ste 1305<br>Altamonte Springs, FL  32714-2572 |

| | | |
|---|---|---|
| United Forms/Tenn Scaffolding<br>2561 Overton Crossing St<br>Memphis, TN  38127-8610 | United Rentals<br>PO Box 100711<br>Atlanta, GA  30384-0711 | United Skys, Inc.<br>702 Magna Dr<br>Round Lake, IL  60073-2817 |
| United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Viracon, S.D.S. 12-0570<br>PO Box 86<br>Minneapolis, MN  55486-0086 | Waterproofing Systems, Inc.<br>2193 Frisco Ave<br>Memphis, TN  38114-4725 |
| Wausau Window & Wall System<br>PO Box 74747<br>Chicago, IL  60694-4747 | Whitney Building Products Inc.<br>12 Allerton St<br>Boston, MA  02119-2902 | Williams Scotsman, Inc.<br>PO Box 91975<br>Chicago, IL  60693-1975 |
| Leon A. Williamson Jr.<br>Leon A. Williamson, Jr., P.A.<br>306 S. Plant Avenue, Ste. B<br>Tampa, FL 33606-2323 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Bank of America, N.A.<br>c/o Bush Ross, P.A.<br>Attn: Adam Lawton Alpert, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | (d)Old Republic Surety Company<br>c/o Alberta L. Adams<br>Mills Paskert Divers<br>100 N Tampa St, Ste 3700<br>Tampa, FL 33602-5835 | End of Label Matrix<br>Mailable recipients    99<br>Bypassed recipients     2<br>Total                  101 |