**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| FLORIDA GLASS OF TAMPA BAY, INC. | ) CHAPTER 11 |
| | ) |
| Debtor. | ) **Case No.: 8:16-bk-06874-MGW** |
| _____) | |

**NOTICE OF APPEARANCE**

Undersigned Counsel notifies the Court of his appearance to receive notices, papers, filings, and pleadings on behalf of the the IUPAT DISTRICT COUNCIL 78 HEALTH AND WELFARE FUND, the IUPAT DISTRICT COUNCIL 78, the DISTRICT COUNCIL 78 POLTICAL ACTION COMMITTEE, and the IUPAT DC 78 FLORIDA FINISHING TRADES INSTITUTE at the undersigned's electronic mail address.

Respectfully submitted,

**SUGARMAN & SUSSKIND, P.A.**

By: \_/s/ D. Marcus Braswell, Jr.\_/s/_____
**D. MARCUS BRASWELL, JR. (146160)**
**SUGARMAN & SUSSKIND, P.A.**
mbraswell@sugarmansusskind.com
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Attorney for IATSE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of August 2016, a copy of the foregoing Notice was served and filed, electronically through the court's ECF System.

By: \_\_/s/D. Marcus Braswell, Jr._____
D. MARCUS BRASWELL, JR.