# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:16-BK-06874 MGW  
**Case Name:** FLORIDA GLASS OF TAMPA BAY, INC.  
**Period Ending:** 03/31/20

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 07/12/17 (c)  
**§341(a) Meeting Date:** 08/10/17  
**Claims Bar Date:** 11/08/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Sun Trust Bank - Checking Acct.<br>Initial Schedules, Item 3.1<br>(Dkt. 38) | 2,883.06 | 2,883.06 | | 9,118.45 | FA |
| 2 | Accounts Receivables - 90 days old or less<br>Initial Schedules, Item 11<br>(Dkt. 38) | 273,383.45 | 0.00 | | 0.00 | FA |
| 3 | Finished Goods/Misc. Parts<br>Initial Schedules, Item 21<br>(Dkt. 38) | 212,661.00 | 0.00 | | 27,339.50 | FA |
| 4 | Office Furniture<br>Initial Schedules, Item 39<br>(Dkt. 38) | 25,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2013 Denali Yukon, VIN 1GKS1EEF1DR36547<br>Initial Schedules, Item 47.1<br>(Dkt. 38) | 31,241.00 | 17,191.67 | | 20,501.86 | FA |
| 6 | 2001 Ford F-550, VIN 1FDAF56F21EBO7384<br>Initial Schedules, Item 47.2<br>(Dkt. 38) | 8,723.14 | 8,723.14 | | 3,700.00 | FA |
| 7 | 2005 Ford F-550 Box Truck, VIN 1FDAF56065EA87686<br>Initial Schedules, Item 47.3<br>(Dkt. 38) | 11,724.22 | 11,724.22 | | 3,300.00 | FA |
| 8 | 2002 Ford F--250 Super Duty (weeds growing)<br>Initial Schedules, Item 47.4<br>(Dkt. 38) | 5,995.18 | 5,995.18 | | 1,600.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:16-BK-06874 MGW  
**Case Name:** FLORIDA GLASS OF TAMPA BAY, INC.  
**Period Ending:** 03/31/20

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 07/12/17 (c)  
**§341(a) Meeting Date:** 08/10/17  
**Claims Bar Date:** 11/08/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | 2013 Ford F-150, VIN 1FTFW1CT3DFA87061<br>  Initial Schedules, Item 47.5<br>(Dkt. 38)<br>Scheduled as a 2003 Ford F0150 but typographical error; vehicle is a 2013 Ford F-150 | 6,594.24 | 5,000.00 | | 19,000.00 | FA |
| 10 | 2014 Cadillac Escalade, VIN 1GYS4JEF6ER207151<br>  Initial Schedules, Item 47.6<br>(Dkt. 38) | 42,000.00 | 36,266.23 | | 23,750.00 | FA |
| 11 | VOID: DUPLICATE OF ASSET 3 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | VOID: DUPLICATE OF ASSET 3 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | VOID: DUPLICATE OF ASSET 3 | 31,119.40 | 31,119.40 | | 0.00 | FA |
| 14 | VOID: DUPLICATE OF ASSET 3 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | VOID: DUPLICATE OF ASSET 3 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | VOID: DUPLICATE OF ASSET 3 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Elumatec CNC<br>  Initial Schedules, Item 50<br>(Dkt. 38) | 161,920.09 | 11,414.81 | | 0.00 | FA |
| 18 | VOID: DUPLICATE OF ASSET 3 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | VOID: DUPLICATE OF ASSET 3 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | CAUSE OF ACTION AGAINST CLEAR GLASS  (u) | Unknown | 6,000.00 | | 6,000.00 | FA |
| 21 | ADV. 17-860 AVOIDANCE ACTION AG BECKER POLIAKOFF  (u) | Unknown | 28,000.00 | | 30,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 8:16-BK-06874 MGW  
**Case Name:** FLORIDA GLASS OF TAMPA BAY, INC.  
**Period Ending:** 03/31/20

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 07/12/17 (c)  
**§341(a) Meeting Date:** 08/10/17  
**Claims Bar Date:** 11/08/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 2/7/18 - Motion to Compromise (Dkt. 284)<br>3/6/18 - Order granting Motion to Compromise (Dkt. 285) | | | | | |
| 22 | AVOIDANCE ACTION AGAINST BUCHANON INGERSOL  (u)<br>12/22/17 - Motion to Compromise (Dkt. 270)<br>1/18/18 - Order granting Motion to Approve Compromise (Dkt. 277) | Unknown | 11,000.00 | | 5,000.00 | FA |
| 23 | 2004 Ford F150 XLT  (u) | Unknown | 3,000.00 | | 2,600.00 | FA |
| 24 | 2008 Ford Explorer 5-Dr SUV  (u) | Unknown | 3,000.00 | | 3,750.00 | FA |
| 25 | 2000 Ford F250 XL  (u) | Unknown | 3,000.00 | | 1,100.00 | FA |
| 26 | COMPROMISE W/ HOLDER CONSTRUCTION  (u)<br>12/26/17 - Motion to Compromise (Dkt. 271)<br>1/29/18 - Order granting Motion to Compromise (Dkt. 282) | Unknown | 7,500.00 | | 7,500.00 | FA |
| 27 | VOID: DUPLICATE OF ASSET 21  (u) | Unknown | 0.00 | | 0.00 | FA |
| 28 | AVOIDANCE ACTIONS AG. MURACO ENTITIES  (u)<br>1/24/19 - Order approving Compromise (Dkt. 313) | Unknown | 1,000,000.00 | | 28,000.00 | FA |
| 29 | CLAIM RE GOLDEN NUGGET CASINO PROJECT  (u) | Unknown | 1.00 | | 7,500.00 | FA |
| 30 | Other Machinery, and equipment<br>  Initial Schedules, Item 50<br>(Dkt. 38)<br>SOLD AT AUCTION WITH ASSET #3 | 178,720.76 | 0.00 | | 0.00 | FA |
| 31 | CLAIM AGAINST HENSEL PHELPS - NEW AUSTIN CENTRAL | Unknown | 1.00 | | 2,000.00 | FA |

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 8:16-BK-06874 MGW | Trustee: | (290520) | DAWN A. CARAPELLA |
| --- | --- | --- | --- | --- |
| Case Name: | FLORIDA GLASS OF TAMPA BAY, INC. | Filed (f) or Converted (c): | 07/12/17 (c) | |
| | | §341(a) Meeting Date: | 08/10/17 | |
| Period Ending: | 03/31/20 | Claims Bar Date: | 11/08/17 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | Initial Schedules, Item 74 (Dkt. 38)(scheduled for unknown amt.)<br>1/24/19 - Order approving Compromise (Dkt. 313)<br>Claim for Delay Damages<br>re: New Austin Central Library Project | | | | | |
| 32 | CLAIM AGAINST KAWNEER CO FOR DEFECTIVE PRODUCT<br>  Initial Schedules, Item 74 (Dkt. 38)<br>Re: Golden Nuggett Casino Project in Louisiana<br>8/30/18 - Motion to Compromise (Dkt. 293) | Unknown | 1.00 | | 7,500.00 | FA |
| 33 | Accounts Receivables - Over 90 days old<br>  Initial Schedules, Item 11 (Dkt. 38); scheduled value unknown; face amt. listed as $1,054,114.86 | Unknown | 1,054,114.86 | | 0.00 | FA |
| 34 | COA - ABF FREIGHT - DAMAGE GDS IN TRANSIT<br>  Amended Schedules, Item 74 (Dkt. 46)<br>Motion to Compromise Dkt. 303;<br>Order granting Motion to Compromise Dkt. 307 | 5,532.88 | 5,532.88 | | 1,487.96 | FA |
| 35 | AVOIDANCE CLAIM AG. LEON WILLIAMSON  (u)<br>  1/24/19 - Order approving Compromise (Dkt. 313) | 0.00 | 21,000.00 | | 5,000.00 | FA |
| 35 Assets | Totals  (Excluding unknown values) | **$997,498.42** | **$2,272,468.45** | | **$215,747.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

  status API's termination of Florida Glass as 401k plan administrator/sponsor
  Estate tax return

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:16-BK-06874 MGW | **Trustee:** (290520)    DAWN A. CARAPELLA |
| **Case Name:** FLORIDA GLASS OF TAMPA BAY, INC. | **Filed (f) or Converted (c):** 07/12/17 (c) |
| | **§341(a) Meeting Date:** 08/10/17 |
| **Period Ending:** 03/31/20 | **Claims Bar Date:** 11/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

7/12/17 - Order and Notice Converting Chapter 11 Case to Chapter 7; appointing D. Carapella as Trustee (Doc. No.185);

7/13/17 - Application to Employ Johnson Pope as counsel (Dkt. 186);

7/14/17 - Email to UST to reschedule 341 meeting for date off Trustee's regular calendar;

7/14/17 - Order approving Application to Employ Johnson Pope (Dkt. 187);

7/14/17 - T's Motion to Substitute as Party Plaintiff in Place of Florida Glass of Tampa Bay, Inc. (Dkt. 13);

7/17/17 - T went to premises to inspect vehicles and inventory;

7/18/17 - Notice of Appearance in Distr. Court Case, Bank of America v. Florida Glass, et al., Case No. 8:16-cv-2104-T-27AAS (Dist. Ct. Dkt. 123);

7/19/17 - ADV. PRO. 17-218: Order granting Motion to Substitute Party Plaintiff: D. Carapella, Trustee substituted as Plaintiff (Adv. Dkt. 15);

7/21/17 - Trustee conference at premises with Debtor's counsel, Debtor's principals, and Trustee's counsel;

7/21/17 - Application to Employ Bay Area Auctioneers (Dkt. 194)

7/24/17 - Order approving Application to Employ Auctioneer (Dkt. 195); Cert. of Serv. (Dkt. 196);

7/25/17 - Emergency Motion to Sell Estate's Rights to Adversary Proceeding 17-218 against Clear Glass (Dkt. 197); Certificate of Necessity (Dkt. 189);

7/25/17 - Motion to Limit Notice (Dkt. 199);

7/25/17 - Hearing scheduled on Emergency Motion to Sell for 8/2/17 @ 11:00 a.m.; 7/26/17 - Notice of Hearing on Emergency Motion to Sell cause of action (Dkt. 201);

7/26/17 - Motion to Sell Vehicles and Inventory free and clear of liens (Dkt. 200);

7/26/17 - Bay Area Auction Services picked up vehicles and inventory; Escalade was not turned over and is subject to dispute as to ownership;

7/26/17 - Notice of Hearing on Motion to Limit Notice; hearing scheduled for 8/17/17 at 9:30 a.m. (Dkt. 202);

7/28/17 - Hearing scheduled for 8/17/17 at 9:30 a.m.;

8/3/17 - Order granting Motion to Sell Estate's Rights to Adv. Pro. 17-218 (Dkt. 211);

8/3/17 - Order granting in part, denying in part, Motion for Turnover of Property of the Estate (Dkt. 215);

8/3/17 - Notice of Assets;

8/4/17 - T deposited funds from closing out SunTrust DIP account;

8/10/17 - Adv. Pro. 17-218 against Clear Glass - Mediator's Report of Impasse (Dkt. 217);

8/17/17 - Hearing held on Motion to Sell Property of Estate and Motion to Limit Notice; PRO MEMO: both Motions granted; T authorized to sell vehicles that are titled or registered in the name of the Debtor;

8/18/17 - Order granting Motion to Limit Notice Under Rule 2002(h) (Dkt. 221);

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

| Case Number: | 8:16-BK-06874 MGW | Trustee: | (290520) DAWN A. CARAPELLA |
| --- | --- | --- | --- |
| Case Name: | FLORIDA GLASS OF TAMPA BAY, INC. | Filed (f) or Converted (c): | 07/12/17 (c) |
| | | §341(a) Meeting Date: | 08/10/17 |
| Period Ending: | 03/31/20 | Claims Bar Date: | 11/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

8/18/17 - 341 Meeting held and concluded;

8/22/17 - Order Rescheduling Pre-trial Conference re: Carapella v. Clear Glass Mobil Service, Inc. (Dkt. 17);

8/22/17 - Report and Notice of Intent to Sell Vehicles and inventory of tools and small equipment and supplies (Dkt. 225);

8/23/17 - Motion to Amend Confirmation Order re: Joint Check (Dkt. 226);

8/24/17 - Order Granting Motion to Sell Property of Estate Free and Clear of Liens (Dkt. 228);

8/24/17 - Order Granting Motion to Modify Confirmation Order re: Joint Checks (Dkt. 229);

8/31/17 - Application to Employ Accountant, Larry Hyman, CPA (Dkt. 232);

8/31/17 - Order approving Application to Employ Accountant (Dkt. 233); 9/1/17 - Cert. of Serv. (Dkt. 234); Amended Cert. of Serv. (Dkt. 236);

9/7/17 - Motion to Compromise with OldCastle Building (Dkt. 237);

9/16/17 - Auction held;

9/27/17 - T's counsel sent demand letter to Becker & Poliakopp for unauthorized post-petition transfers from DIP account;

10/3/17 - T received auction proceeds;

10/6/17 - Order granting Motion to Compromise with Old Castle Building (Dkt. 242);

10/21/17 - Bill of Sale for 2000 Ford F250, VIN #1FTNX20L2YEC30046 (Dkt. 245);

10/21/17 - Bill of Sale for 2013 GMC Yukon, VIN #1GKS1EEF1DR365647 (Dkt. 246);

10/21/17 - Bill of Sale for 2013 Ford F150, VIN #1FTFW1CT3DFA87061 (Dkt. 247);

10/21/17 - Bill of Sale for 2008 Ford Explorer, VIN #1FMEU64E38UA46618 (Dkt. 248);

10/21/17 - Bill of Sale for 2005 F550, VIN #1FDAF56P65EA87686 (Dkt. 249);

10/21/17 - Bill of Sale for 2002 Ford F250, VIN #1FTNX20LX2ED05308 (Dkt. 250);

10/21/17 - Bill of Sale for 2004 Ford F150, VIN #1FTRX12W94NA84290 (Dkt. 251);

10/21/17 - Bill of Sale for 2014 Cadillac Escalade, VIN #1GYS4JEF6ER207151 (Dkt. 252);

10/21/17 - Bill of Sale for 2001 Ford F550, VIN #1FDAF56F21EB07384 (Dkt. 253);

10/25/17 - Email to accountant re: status of review of 2016 tax return;

10/30/17 - Becker and Poliakoff failed to respond to demand letter; T filing adversary proceeding;

11/2/17 - T spoke with Ally Financial for current payoff for GMC Yukon Vehicle; T paid Ally in accordance with the 8/24/17 Order authorizing sale free and clear of liens and payment to properly perfected lienholders (Dkt. 228);

11/2/17 - Objection to Secured Claim No. 4 of Ally Bank (should be in reduced amount of $14,049.23 (Dkt. 254);

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:16-BK-06874 MGW | **Trustee:** (290520) DAWN A. CARAPELLA |
| **Case Name:** FLORIDA GLASS OF TAMPA BAY, INC. | **Filed (f) or Converted (c):** 07/12/17 (c) |
| | **§341(a) Meeting Date:** 08/10/17 |
| **Period Ending:** 03/31/20 | **Claims Bar Date:** 11/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

11/2/17 - Amended Objection to Secured Claim No. 4 (to correct petition date)(Dkt. 255);
11/2/17 - Objection to Secured Claim No. 3 of Ally Financial (lien released)(Dkt. 256);
11/2/17 - Notice of Sale of Property of Estate (Inventory of Used Tools and Small Equipment)(Dkt. 257);
11/7/17 - T's Limited Response to Leon Williamson's Fee Application - T requested deferment to end of case (Dkt. 258);
Clear Glass Adv. Pro - Pre-trial conf. scheduled for 11/15/17 @ 9:30 a.m.; Trial scheduled for 4/23/18 @ 9:30 a.m.;
11/15/17 - Pre-Trial conf. held in Clear Glass Adv. Pro - Old Republic's Motion to Intervene granted;
12/5/17 - ADV. PRO. 17-860 commenced against Becker & Poliakoff and Conrad Lazo to avoid post-petition transfers;
12/6/17 - Application to Pay Auctioneer (Dkt. 261);
12/6/17 - Amended Notice of Sale of Inventory and Vehicles (Dkt. 262);
12/6/17 - Final draft Motion to Authorize Disbursement to Secured Creditor and Approve Carve-Out sent to A. Lim;
12/6/17 - Order sustaining Objection and disallowing Claim No. 3 (Dkt. 263); 12/7/17 - Cert of Service (Dkt. 264);
12/6/17 - proposed Order sustaining Amended Objection and allowing Claim No. 4 as secured claim in reduced amount (Order No. 195299);
12/7/17 - Motion for Authority to Make Disbursements to Secured Creditor, bank of America, Approve Consensual Carve-Outs to Estate (Dkt. 265);
12/7/17 - Notice of Hearing on Application to Pay Bay Area Auction and on Motion to Make Disbursements to Secured Creditor and Approve Carve-outs from sale of inventory and sale of Cadillac Escalade (Dkt. 266) - HEARING SCHEDULED FOR 1/11/18 @ 9:30 A.M.
12/8/17 - Order sustaining Amended Objection to Claim No. 4 of Ally Bank (Dkt. 267); Cert. of Serv. (Dkt. 268);
12/20/17 - Subpoena to Pasco Iron re: purchases from Florida Glass;
12/21/17 - T sent Third Party Subpoena to Pasco Iron and Metal, LLC (Dkt. 269);
12/22/17 - Motion to Compromise preference claims against Buchanon Ingersoll (Dkt. 270);
12/26/17 - Motion to Compromise claims against Holder Construction Group, LLC (Dkt. 271);
1/11/18 - Hearing held on Motion to Disburse auction proceeds and Application to Pay Auctioneer; Ruling: Granted;
1/17/18 - Order approving Application to Pay Bay Area (Dkt. 275);
1/18/18 - Order granting Motion to Approve Compromise with Buchanan Ingersoll (Dkt. 277);
1/19/18 - Order granting Motion for Approval to Make Disbursements to Bank of America, Approving Carve-Out and Approve Expenses from Gross Sale Proceeds of Cadillac (Dkt. 279);
1/19/18 - Order deferring consideration of Leon Williamson's Fee Application until end of case (Dkt. 280);
1/29/18 - Order granting Motion to Comrpomise Controversy with Holder Construction Group, LLC (Dkt. 282);

# Form 1

Page: 8

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:16-BK-06874 MGW | **Trustee:** (290520)   DAWN A. CARAPELLA |
| **Case Name:** FLORIDA GLASS OF TAMPA BAY, INC. | **Filed (f) or Converted (c):** 07/12/17 (c) |
| | **§341(a) Meeting Date:** 08/10/17 |
| **Period Ending:** 03/31/20 | **Claims Bar Date:** 11/08/17 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

2/7/18 - T made disbursement per Order approving disbursements (Dkt. 265);

2/7/18 - Motion to Compromise Adv. Pro. 17-860 ag. Becker & Poliakoff (Dkt. 284);

2/9/18 - Follow up email to Buchanan Ingersoll re: settlement funds;

2/9/18 - Follow up email to A. Lim re: status of settlement funds from Holder;

2/17/18 - T received settlement funds re: compromise with Holder Construction Group, LLC;

2/22/18 - T received settlement funds re: compromise with Buchanan Ingersoll;

2/26/18 - T received certain records;

3/6/18 - Order granting Motion to Compromise Adv. Pro. 17-860 w/ Becker & Poliakoff (Dkt. 285);

3/14/18 - T received settlement funds re: compromise with Becker & Poliakoff;

3/28/18 - Clear Glass Adv. Pro. - Status Conference held: Motion to Abate Portion of Trial granted; trial rescheduled to 9/24/18 - 9/28/18 @ 9:30 a.m.;

4/17/18 - T received funds from API re: compromise of controversy re: Golden Nugget Casino project (Lim/ Ali drafting motion to compromise);

5/14/18 - Meeting with counsel and counsel for API re: outstanding matters;

6/21/18 - Motion to Extend Deadline for Avoidance Actions (Dkt. 288);

7/6/18 - Mtg. w/ counsel re: case review;

7/17/18 - Order granting Motion to Extend Deadline for Avoidance Actions (Dkt. 290);

7/23/18 - Email to Lara Fernandez and John Goldsmith re: outstanding documents;

7/23/18 - T emailed signed Golden Nugget settlement agreement to Lara Fernandez;  mailed original to Lara;

8/30/18 - T signed settlement agreement with Kawneer re: Golden Nugget Casino Project;

8/30/18 - Motion to approve Compromise Among Bankruptcy Estate, Golden Nugget Casino, W.G. Yates & Sons Construction Company, and Old Republic Surety Company (Dkt. 292);

8/30/18 - Motion to approve Compromise Among Bankruptcy Estate, API, Kawneer Company, Inc. and Old Republic Surety Company (Dkt. 293);

9/27/18 - Order approving Compromise Among Bankruptcy Estate, Go,lden Nugget, Yates and Old Republic (Dkt. 296);

9/27/18 - Order approving Compromise with API, Kawneer and Old Republic (dkt. 297);

10/13/18 - T received settlement funds from Kawneer;

11/15/18 - Motion to Compromise Controversy with ABF Freight System, Inc. (Dkt. 301);

11/16/18 - Order Abating Motion to Compromise with ABF Freight System until correct negative notice legend (Dkt. 302);

11/16/18 - Amended motion to Compromise Controversy with ABF Freight System (to correct negative notice legend (Dkt. 303);

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 9

| Case Number: | 8:16-BK-06874 MGW | Trustee: | (290520) DAWN A. CARAPELLA |
| Case Name: | FLORIDA GLASS OF TAMPA BAY, INC. | Filed (f) or Converted (c): | 07/12/17 (c) |
| | | §341(a) Meeting Date: | 08/10/17 |
| Period Ending: | 03/31/20 | Claims Bar Date: | 11/08/17 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/5/18 -Motion to Approve Compromise with API, Joseph Muraco, et al (Dkt. 304);

12/11/18 - Old Republic's Objection to Motion to Compromise with API (Dkt. 305);

12/13/18 - Second Agreed Motion to Extend Time to File Actions and Adv. Pros. (Dkt. 306);

12/17/18 - Order granting Motion to Approve Compromise with ABF Freight System (Dkt. 307);

12/19/18 - Notice of Hearing scheduled for 1/16/19 @ 10:30 a.m. on Motion to Compromise with API (Doc. No. 309);

12/20/18 - Order granting Second Agreed Motion to Extend Time to File Avoidance Actions (Dkt. 310); Deadline extended to 60 days after ruling on Motion to Compromise;

1/6/19 - T received settlement funds from compromise with ABF Freight System;

1/16/19 - Hearing held on Motion to Compromise with API; Ruling: Granted;

1/24/19 - Order granting Motion to Compromise with API, Muraco and Mullan (Dkt. 313);

2/14/19 - Order approving Leon Williamson Fee Application (allowing Ch. 11 administrative expense) (Dkt. 315);

2/18/19 - T received settlement funds re: compromise with Muraco entities, Leon Williamson and Hensel Phelps; (see Dkt. 313);

8/22/19 - Email to Adam Alpert circulating ddraft Motion to Approve Carve-Out and Pay Bank of America;

9/5/19 - T's Second Motion to Make Disbursement to Secured Creditor and Approve Carve-out to Estate (Dkt. 317);

9/12/19 - Order granting Motion to Allow Disbursement to Secured Creditor, Bank of America and Carve-0ut to Estate (Dkt. 318);

9/19/19 - Johnson Pope's Second Application for Final Compensation re: Carve-Out (Dkt. 320);

10/18/19 - Order approving Johnson Pope Fee Application re: carve-out (Dkt. 321);

10/22/19 - T and Lim left tele. message for Jay Trezevant;

10/22/19 - T contacted US Dept. of Labor, Employee Benefits Security Administration re: status of 401k plan; Tele. conf. with John Goldsmith re: same;

10/22/19 - T paid Bank of America and Trustee in accordance with Order granting 2nd Motion to Allow Disbursement to Secured Creditor and Carve-Out to Estate (Dkt. 318);

11/2/19 - T paid Johnson Pope in accordance with Order approving Second Fee Application for Carve-out (Dkt. 321);

11/11/19 - Johnson Pope's Third Interim Fee Application (Dkt. 324);

11/5/19 - T's Motion for Turnover of Records Related to D's 401k Profit Sharing Plan (Dkt. 323);

11/6/2020 - Email from J. Goldsmith, counsel for API, providing certain information regarding 401k plan;

11/11/2020 - Follow up email to J. Goldsmith re: same;

12/10/19 - Order granting Motion for Turnover of Records Related to D's 401k Profit Sharing Plan (Dkt. 325); Cert. of Serv. (Dkt. 326);

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:16-BK-06874 MGW | **Trustee:** (290520) DAWN A. CARAPELLA |
| **Case Name:** FLORIDA GLASS OF TAMPA BAY, INC. | **Filed (f) or Converted (c):** 07/12/17 (c) |
| | **§341(a) Meeting Date:** 08/10/17 |
| **Period Ending:** 03/31/20 | **Claims Bar Date:** 11/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/18/19 - Order approving Johnson Pope's Fee Application (Dkt. 327);
1/2/2020 - T paid counsel pursuant to Order approving Fee Application (Dkt. 327);
2/24/2020 - T spoke with IRS re: Claim No. 5;
2/24/2020 - Email to M. Braswell re: Claim Nos. 25, 26, 28 and 31; Response- Claims being withdrawn;
3/31/2020 - Email to L. Fernandez re: 401k plan;
3/31/2020 - Objection to Claim Nos. 25, 26 and 28 of District Council 78 Political Action Committee (Dkt. 328);
3/31/2020 - Objection to Claim No. 21 of District Council 77 as amended by Claim No. 34 (Dkt. 329);
3/31/2020 - Email to counsel for principals of D's for copy of D's 2016 tax return;
3/31/2020 - Documents forwarded to accountant for estate tax return;
3/31/2020 - proposed Agreed Orders sustaining Objections circulated to M. Braswell, counsel for Claimants;
4/1/2020 - Agreed Order sustaining Objection and Disallowing Claim No. 31 (Dkt. 330); Cert. of Serv. (Dkt. 331);
4/3/2020 - Agreed Order sustaining Objection and Disallowing Claim Nos. 25, 26 and 28 (Dkt. 332); Cert. of Serv. (Dkt. 333)

**Initial Projected Date Of Final Report (TFR):** August 10, 2018     **Current Projected Date Of Final Report (TFR):** May 31, 2020

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 8:16-BK-06874 MGW | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|
| Case Name: | FLORIDA GLASS OF TAMPA BAY, INC. | Bank Name: | Mechanics Bank |
| | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***1976 | Blanket Bond: | $26,699,000.00  (per case limit) |
| Period Ending: | 03/31/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/28/17 | {20} | API Commercial Installation, Inc. | offer to purchase cause of action against Clear Glass Adv. 17-218 (Em Motion Dkt. 197) | 1249-002 | 6,000.00 | | 6,000.00 |
| 08/04/17 | {1} | Florida Glass of Tampa Bay, Inc. | Bank balance in SunTrust DIP account | 1129-002 | 9,118.45 | | 15,118.45 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.40 | 15,099.05 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.99 | 15,078.06 |
| 10/03/17 | | Bay Area Auction Services, Inc. | Auction proceeds (8/22/17 Sale Notice Dkt. 225) | | 102,939.50 | | 118,017.56 |
| | {10} | | Auction proceeds re: Escalade (Sale Notice Dkt. 225)    23,750.00 | 1129-002 | | | 118,017.56 |
| | {5} | | Auction proceeds re: Yukon (Sale Notice Dkt. 225)    20,500.00 | 1129-002 | | | 118,017.56 |
| | {9} | | Auction proceeds re: 2013 Ford F150 (Sale notice Dkt. 225)    19,000.00 | 1129-002 | | | 118,017.56 |
| | {23} | | Auction proceeds re: 2004 Ford F150 XLT    2,600.00 | 1229-002 | | | 118,017.56 |
| | {24} | | Auction proceeds re: 2008 Ford Explorer SUV (Sale Notice Dkt. 255)    3,750.00 | 1229-002 | | | 118,017.56 |
| | {25} | | Auction proceeds re: 2000 Ford F250 XL (sale notice Dkt. 255)    1,100.00 | 1229-002 | | | 118,017.56 |
| | {8} | | Auction proceeds re: 2002 Ford F250 XLSD (sale notice Dkt. 255)    1,600.00 | 1129-002 | | | 118,017.56 |
| | {7} | | 2005 Ford F550 XL Box    3,300.00 | 1129-002 | | | 118,017.56 |

|  | Subtotals : | $118,057.95 | $40.39 |
|---|---|---|---|

{} Asset reference(s)

Printed: 04/20/2020 10:16 AM    V.14.66

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 8:16-BK-06874 MGW | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|
| Case Name: | FLORIDA GLASS OF TAMPA BAY, INC. | Bank Name: | Mechanics Bank |
| | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***1976 | Blanket Bond: | $26,699,000.00  (per case limit) |
| Period Ending: | 03/31/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Truck (sale notice Dkt. 255) | | | | |
| | {3} | | Auction proceeds re: 27,339.50 assorted tools, equip., supplies (sale notice Dkt. 255) | 1129-002 | | | 118,017.56 |
| 10/21/17 | {6} | Bay Area Auction Services, Inc. | Sale proceeds re: 2001 Ford F550 (Sale Notice Dkt. 225) | 1129-002 | 3,700.00 | | 121,717.56 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.27 | 121,560.29 |
| 11/02/17 | 101 | Ally Bank | 8/24/17 O/auth. sale of Yukon 1GKS1EEF1DR365647 and payment to secured creditor (Dkt. 228) | 4210-000 | | 14,049.33 | 107,510.96 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.70 | 107,350.26 |
| 12/22/17 | {5} | Ally | Refund from payment to secured creditor satisfying lien against GMC Yukon | 1129-002 | 1.86 | | 107,352.12 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.26 | 107,202.86 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.61 | 107,033.25 |
| 02/07/18 | 102 | Bay Area Auction Services, Inc. | 12/6/17 Application(Dkt. 261); 1/17/18 Order (Dkt. 275); 1/19/18 O (Dkt. 279) | 3610-002 | | 2,733.95 | 104,299.30 |
| 02/07/18 | 103 | Bay Area Auction Services, Inc. | 12/6/17 Application (Dkt. 261); 1/17/18 Order (Dkt. 275); 1/19/18 Order (Dkt. 279) | 3620-002 | | 3,908.00 | 100,391.30 |
| 02/07/18 | 104 | Bay Area Auction Services, Inc. | 12/6/17 Application (Dkt. 261); 1/17/18 Order (Dkt. 275); 1/19/18 Order (Dkt. 279) | 3610-002 | | 1,187.50 | 99,203.80 |
| 02/07/18 | 105 | Bay Area Auction Services, Inc. | 12/6/17 Application (Dkt. 261); 1/17/18 Order (Dkt. 275); 1/19/18 O (Dkt. 279) | 3620-002 | | 434.30 | 98,769.50 |
| 02/07/18 | 106 | Bay Area Auction Services, Inc. | 12/6/17 Application (Dkt. 261); 1/17/18 Order (Dkt. 275) | 3610-000 | | 2,777.50 | 95,992.00 |
| 02/07/18 | 107 | Bay Area Auction Services, Inc. | 12/6/17 Application (Dkt. 261); 1/17/18 Order | 3620-000 | | 2,564.95 | 93,427.05 |

Subtotals :  $3,701.86   $28,292.37

{} Asset reference(s)                                                                              Printed: 04/20/2020 10:16 AM      V.14.66

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 8:16-BK-06874 MGW | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|
| Case Name: | FLORIDA GLASS OF TAMPA BAY, INC. | Bank Name: | Mechanics Bank |
| | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***1976 | Blanket Bond: | $26,699,000.00  (per case limit) |
| Period Ending: | 03/31/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (Dkt. 275) | | | | |
| 02/07/18 | 108 | Johnson Pope Bokor Ruppel & Burns, LLP | 12/4/17 - Order approving Fee App (Dkt. 260); 1/19/18 Order approving Carve-out (Dkt 279) | 3210-002 | | 6,028.62 | 87,398.43 |
| 02/07/18 | 109 | Bank of America, N.A. | 1/19/18 - Order granting Motion for Authority to Make Disbursement (Dkt. 279) | 4210-002 | | 14,773.35 | 72,625.08 |
| 02/07/18 | 110 | American Products, Inc. | 10/6/17 Compromise Order re Cadillac (Dkt. 241); 1/19/18 Disbursement Order (Dkt. 279) | 8500-002 | | 8,761.68 | 63,863.40 |
| 02/07/18 | 111 | Dawn Carapella, Trustee | 12/7/17 Motion to approve carve-out re inventory sale (Dkt. 265); 1/19/18 Order (Dkt. 279) | 2100-002 | | 914.76 | 62,948.64 |
| 02/07/18 | 112 | Dawn Carapella, Trustee | 12/7/17 M/approve expenses re Cadillac (Dkt. 265); 1/19/18 Order (Dkt. 279) | 2100-002 | | 928.60 | 62,020.04 |
| | | | 12/7/17 M/Approve exp. 167.94 re: Cadillac (Dkt 265); 1/19/18 Order Dkt 279 | 2100-000 | | | 62,020.04 |
| | | | 12/7/17 M/Carve-out Dkt. 760.66 265; 1/19/18 Order Dkt 279 | 2100-000 | | | 62,020.04 |
| 02/17/18 | {26} | Holder Construction Group, LLC | settlement proceeds re: compromise with Holder (1/29/18 Order Dkt. 282) | 1249-002 | 7,500.00 | | 69,520.04 |
| 02/22/18 | {22} | Buchanan Ingersoll & Rooney PC | settlement proceeds re compromise of preference action (M/Compr. Dkt. 270; Order Dkt. 277) | 1241-000 | 5,000.00 | | 74,520.04 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.39 | 74,396.65 |
| 03/14/18 | {21} | Johnson Pope | settlement funds re compromise with Becker & Poliakoff (3/6/18 Order Dkt. 285) | 1241-000 | 30,000.00 | | 104,396.65 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.14 | 104,269.51 |
| 04/17/18 | {29} | API Commercial Installation, Inc. | Settlement funds from API re: Golden Nugget | 1249-002 | 7,500.00 | | 111,769.51 |
| | | | Subtotals : | | **$50,000.00** | **$31,657.54** | |

{} Asset reference(s)

Printed: 04/20/2020 10:16 AM    V.14.66

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 8:16-BK-06874 MGW | | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|---|
| Case Name: | FLORIDA GLASS OF TAMPA BAY, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***1976 | | Blanket Bond: | $26,699,000.00   (per case limit) |
| Period Ending: | 03/31/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | project (motion to compromise being drafted) | | | | |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.57 | 111,620.94 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.61 | 111,444.33 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.95 | 111,289.38 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.74 | 111,118.64 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.15 | 110,953.49 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.11 | 110,868.38 |
| 10/13/18 | {32} | Arconic | compromise proceeds (9/27/18 O/Compr. Dkt 297; 8/30/18 Motion Dkt 293) | 1149-002 | 7,500.00 | | 118,368.38 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.31 | 118,265.07 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.20 | 118,167.87 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.88 | 118,073.99 |
| 01/06/19 | {34} | ABF Freight | Settlement funds (12/17/18 Order approving Compromise Dkt. 307) | 1149-002 | 1,487.96 | | 119,561.95 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.69 | 119,454.26 |
| 02/18/19 | | Trenam Law | settlement payment per compromise (1/24/19 Order Dkt. 313) | | 35,000.00 | | 154,454.26 |
| | {35} | | settlement payment per compromise (1/24/19 Order Dkt. 313) 5,000.00 | 1241-000 | | | 154,454.26 |
| | {28} | | settlement payment per compromise (1/24/19 Order Dkt. 313) 28,000.00 | 1241-000 | | | 154,454.26 |
| | {31} | | settlement payment per compromise (1/24/19 Order Dkt. 313) 2,000.00 | 1149-002 | | | 154,454.26 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.30 | 154,354.96 |

Subtotals :   $43,987.96   $1,402.51

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 8:16-BK-06874 MGW | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|
| Case Name: | FLORIDA GLASS OF TAMPA BAY, INC. | Bank Name: | Mechanics Bank |
| | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***1976 | Blanket Bond: | $26,699,000.00  (per case limit) |
| Period Ending: | 03/31/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.63 | 154,232.33 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.21 | 154,097.12 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.87 | 153,966.25 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.10 | 153,848.15 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.09 | 153,709.06 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.33 | 153,582.73 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.02 | 153,460.71 |
| 10/22/19 | 113 | Bank of America, N.A. | 9/12/19 - Order granting 2nd Motion to Disburse to Secured Creditor (Dkt. 318) | 4210-002 | | 12,284.57 | 141,176.14 |
| 10/22/19 | 114 | Dawn Carapella, Trustee | 9/12/19 - Order granting approval of 2nd Carve-Out (Dkt. 318) | 2100-000 | | 760.66 | 140,415.48 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 138.75 | 140,276.73 |
| 11/02/19 | 115 | Johnson Pope Bokor Ruppel & Burns, LLP | CARVE-OUT; 10/18/19 Order approving 2nd Fee App for Carveout (Dkt. 321) | 3210-002 | | 19,627.50 | 120,649.23 |
| 11/02/19 | 116 | Johnson Pope Bokor Ruppel & Burns, LLP | CARVE-OUT; 10/18/19 - Order approving 2nd Fee App for Carveout (Dkt. 321) | 3220-002 | | 265.81 | 120,383.42 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 106.58 | 120,276.84 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 108.74 | 120,168.10 |
| 01/02/20 | 117 | Johnson Pope Bokor Ruppel & Burns, LLP | 12/18/19 - Order approving Fee Application (Dkt. 327) | 3210-000 | | 61,480.68 | 58,687.42 |
| 01/02/20 | 118 | Johnson Pope Bokor Ruppel & Burns, LLP | 12/18/19 - Order approving Fee Application (Dkt. 327) | 3220-000 | | 519.32 | 58,168.10 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 71.29 | 58,096.81 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 44.44 | 58,052.37 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 46.39 | 58,005.98 |

Subtotals :  $0.00  $96,348.98

{} Asset reference(s)

Printed: 04/20/2020 10:16 AM  V.14.66

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| **Case Number:** | 8:16-BK-06874 MGW | **Trustee:** | DAWN A. CARAPELLA (290520) |
|---|---|---|---|
| **Case Name:** | FLORIDA GLASS OF TAMPA BAY, INC. | **Bank Name:** | Mechanics Bank |
| | | **Account:** | ******5066 - Checking Account |
| **Taxpayer ID #:** | **-***1976 | **Blanket Bond:** | $26,699,000.00   (per case limit) |
| **Period Ending:** | 03/31/20 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 215,747.77 | 157,741.79 | $58,005.98 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 215,747.77 | 157,741.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$215,747.77** | **$157,741.79** | |

| | |
|---|---|
| Net Receipts : | 215,747.77 |
| Less Other Noncompensable Items : | 218,667.81 |
| Net Estate : | $-2,920.04 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5066** | 215,747.77 | 157,741.79 | 58,005.98 |
| | $215,747.77 | $157,741.79 | $58,005.98 |

{} Asset reference(s)

Printed: 04/20/2020 10:16 AM     V.14.66